1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  LAURA E. FRIEDMAN
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2810

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   MAG. NO. 06-308-DAD
                                 )
12           Plaintiff,           )
                                 )   STIPULATION AND ORDER
13      v.                        )
                                 )   Date:   December 27, 2006
14 DAVID K. BELL                  )   Time:   9:00 a.m.
                                 )   Judge:  Hon. Dale A. Drozd
15           Defendant.           )

16

17      It is hereby stipulated and agreed to between the United States

18 and the defendant, DAVID K. BELL, by and through his undersigned

19 counsel, Tara I. Allen, that the court trial set for December 27,

20 2006, be continued to Wednesday, January 10, 2006, at 9:00 a.m.

21      The continuance is requested due to the unavailability of the

22 government's primary witness on the current trial date.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                    1

Because the offense charged is a Class B Misdemeanor, it is not necessary to exclude time under the Speedy Trial Act.

Respectfully Submitted,

DATED: November 27, 2006         McGREGOR W. SCOTT
                                 United States Attorney

                            By:  /s/ Matthew C. Stegman
                                 MATTHEW C. STEGMAN
                                 Assistant U.S. Attorney


DATED: November 29, 2006         DANIEL F. BRODERICK
                                 Federal Defender

                            By:  /s/ Tara I. Allen
                                 TARA I. ALLEN
                                 Staff Attorney
                                 Attorney for Defendant

**ORDER**

IT IS SO ORDERED THAT the court trial set for December 27, 2006, is hereby continued to Wednesday, January 10, 2007, at 9:00 a.m.
IT IS SO ORDERED
DATED: November 29, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/bell0308.stipord

2