```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TARA I. ALLEN Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
David K. Bell
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID K. BELL ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR S 06-308-DAD <br><br> STIPULATION AND ORDER TO VACATE COURT TRIAL AND SET FOR MOTION TO SUPPRESS HEARING AND BRIEFING SCHEDULE <br><br> Judge: Hon. Dale A. Drozd |

   The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, DAVID K. BELL, by and through his counsel TARA I. ALLEN of the Federal Defenders Office, hereby stipulate to vacate the court trial set for February 28, 2007 at 9:00 a.m. and set this case for a motion to suppress hearing on March 20, 2007 at 10:00 a.m.

   The following will be the briefing schedule to file motions:

   Defendants' Motion Due . . . . . . . . . . Tuesday, February 20, 2007

   Governments' response due . . . . . . . . . Tuesday, March 6, 2007

   Defendants' Reply due . . . . . . . . . . . Friday, March 9, 2007

   Motion to Suppress Hearing . . . . . . . . Tuesday, March 20, 2007

1   The court trial will be set by the court following the motion to
2   suppress hearing.
3       Dated: February 16, 2007        Respectfully submitted,
4                                       DANIEL J. BRODERICK
                                        Federal Defender
5
6                                       /s/  Tara I. Allen
                                        _____
7                                       TARA I. ALLEN
                                        Staff Attorney
8                                       Attorneys for Defendant
                                        David Bell
9
10
11      Dated:  February 16, 2007       MCGREGOR W. SCOTT
                                        United States Attorney
12                                      /s/ Matthew Stegman
                                        _____
13                                      MATTHEW STEGMAN
                                        Assistant U.S. Attorney
14
15
                              **O R D E R**
16
17  IT IS SO ORDERED.
18  DATED: February 16, 2007.
19
20                                  _____
                                    DALE A. DROZD
21                                  UNITED STATES MAGISTRATE JUDGE
22
23
24   Ddad1/orders.criminal/bell0308.stipord.suppress
25
26
27
28

2