```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  LAURA E. FRIEDMAN
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2810

 6

 7              THE UNITED STATES DISTRICT COURT

 8           FOR THE EASTERN DISTRICT OF CALIFORNIA

 9  UNITED STATES OF AMERICA,    )    MAG. NO. S-06-308 DAD
                                 )
10          Plaintiff,           )    GOVERNMENT'S MOTION TO DISMISS
                                 )    INFORMATION AND ORDER
11      v.                       )
                                 )
12  DAVID KEITH BELL,            )
                                 )    DATE:  April 10, 2007
13          Defendant.           )    TIME:  10:00 a.m.
    _____)    JUDGE: Hon. Dale A. Drozd
14
```

15      Pursuant to Rule 48(a) of the Federal Rules of Criminal

16  Procedure, plaintiff United States of America, by and through its

17  undersigned attorney, hereby moves this Honorable Court for an

18  Order dismissing with prejudice Mag. No. S-06-308 DAD.

19  DATED: March 29, 2007          MCGREGOR W. SCOTT
                                    United States Attorney
20

21                            By: /s/ Matthew C. Stegman
                                   MATTHEW C. STEGMAN
22                                 Assistant U.S. Attorney

23                            ORDER

24  IT IS SO ORDERED:

25  DATED: March 29, 2007.

26

27                            _____
                              DALE A. DROZD
28  Ddad1/orders.criminal/bell0308.dismiss   UNITED STATES MAGISTRATE JUDGE